UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

RECEIVED AND FILED
AT LYNCHBURG VIRGINIA

2009 SEP 25 P 1: 58

JOHN W.L. CRAIG II, CLK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

IN RE: TONYA S. BERNARD
Debtor

Chapter 13
Case No. 08-60160

## MOTION FOR VOLUNTARY DISMISSAL

Comes now the debtor, Tonya S. Bernard, and moves that her Chapter 13 case be voluntarily dismissed, without prejudice.

*Tonya Bernard* (signature)
Tonya L. Bernard
392 Bob Circle
Forest, VA 24551
(434) 907-7671